UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 24-3609 (APM) |

**CERTIFICATION AND INDEX**

I, Elizabeth Goldstein, Director, Division of Consumer Assessment and Plan Performance, Medicare Drug Benefit and C & D Data Group, Center for Medicare, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services, certify that, to the best of my knowledge, the materials listed in the accompanying index comprise true and correct copies of the materials considered by CMS in rendering its decision regarding Florida Blue's eligibility for an extreme and uncontrolled circumstances adjustment related for FY 2023.

Executed this 10th day of February, 2025, in Baltimore, MD.

_____

Elizabeth Goldstein
Director
Division of Consumer Assessment and Plan Performance
Medicare Drug Benefit and C & D Data Group
Centers for Medicare & Medicaid Services
United States Department of Health and Human Services

- 2 -

<u>Index to the Administrative Record, 24-3609 (APM)</u>

| Document | Beginning Bates |
|---|---|
| 2025 Rate Announcement | AR00001 |
| 2025 Advance Notice of Methodological Changes | AR00195 |
| Correspondence with Florida Blue | AR-00381 |