IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 24-3609 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, Plaintiffs Blue Cross and Blue Shield of Florida, Inc. (d/b/a Florida Blue) and Florida Blue Medicare, Inc. (d/b/a Florida Blue Medicare), collectively Florida Blue, respectfully move for summary judgment. The grounds supporting this motion are contained in the concurrently filed supporting memorandum and the documents referenced therein, which are hereby incorporated into this motion.

Plaintiffs respectfully request that the Court grant its motion for summary judgment and grant the relief requested in their Complaint (ECF #1) and as set out in the Proposed Order attached to this motion.

Dated: February 17, 2025

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff (DC Bar No. 486733)
DWolff@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500 (phone)
(202) 628-5116 (fax)

1

Stephen J. McBrady (D.C. Bar No. 978847)
SMcBrady@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2547 (phone)

Tiffanie McDowell (*pro hac vice* forthcoming)
TMcDowell@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
(949) 798-1328 (phone)

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Daniel W. Wolff
Daniel W. Wolff
