**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., et al.,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 24-cv-03609 (APM)** |
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 18, Plaintiffs' Motion for Summary Judgment, ECF No. 10, is denied and Defendants' Cross-Motion for Summary Judgment, ECF No. 12, is granted.

This is a final, appealable order.

Dated: May 16, 2025

Amit P. Mehta
United States District Judge